**Order entered June 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00841-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JESUS ALBERTO VILLEGAS, JR., Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90003**

## ORDER

The Court has received the State's notice of appeal from the granting of appellee's application for writ of habeas corpus by the trial court. The appeal is accelerated pursuant to Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County District Clerk to file the clerk's record containing the indictment and the documents related to the habeas corpus proceeding by **JULY 17, 2013**.

We **ORDER** the court reporter of the 291st Judicial District Court to file, by **JULY 17, 2013**, the reporter's record of all hearings related to the habeas corpus proceedings.

Appellant's brief is due by **AUGUST 7, 2013**. The State's brief is due by **AUGUST 28, 2013**.

The appeal will be submitted without argument on **October 4, 2013** to a panel consisting of Justices O'Neill, Lang-Miers, and Evans.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; Lisabeth Kellet, Official Court Reporter, 203rd Judicial District Court; and to counsel for all parties.

/s/     CAROLYN WRIGHT
            CHIEF JUSTICE